



## MEMORANDUM OPINION

No. 04-12-00149-CR

Stephen R. **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR2918
Honorable Philip A. Kazen, Jr., Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
           Karen Angelini, Justice
           Marialyn Barnard, Justice

Delivered and Filed:  April 18, 2012

DISMISSED FOR WANT OF JURISDICTION

The trial court imposed sentence on September 2, 2011, and appellant did not file a motion for new trial.  The deadline for filing a notice of appeal was therefore October 2, 2011. *See* TEX. R. APP. P. 26.2(a)(1).  A document, which we construe to be appellant's notice of appeal, was not filed until March 2, 2012.  Appellant did not file a timely motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3.

On March 9, 2012, we issued an order advising appellant that his notice of appeal appeared to be untimely and advising him to show cause on or before March 29, 2012, why this appeal should not be dismissed for want of jurisdiction. We further advised appellant that if he failed to satisfactorily respond by March 29, 2012, we would dismiss the appeal for want of jurisdiction. Appellant did not file a response.

Because the notice of appeal in this case was not timely filed, we lack jurisdiction to entertain the appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (explaining that writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals from felony convictions). Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

Do No Publish